AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ASCENSION PROVIDENCE

ASCENSION PROVIDENCE HOSPITAL-SOUTHFIELD CAMPUS

ASCENSION SAINT JOHN HOSPITAL

ASCENSION SAINT VINCENT EVANSVILLE

ASCENSION SAINT VINCENT INDIANAPOLIS WEST

ASCENSION SETON MEDICAL CENTER AUSTIN

ASCENSION VIA CHRISTI ST. FRANCIS

FRANCISCAN HEALTH CROWN POINT

FRANCISCAN HEALTH HAMMOND

FRANCISCAN HEALTH INDIANAPOLIS

FRANCISCAN HEALTH LAFAYETTE EAST

FRANCISCAN HEALTH MICHIGAN CITY

FRANCISCAN HEALTH OLYMPIA FIELDS CAMPUS

        Plaintiffs
v.    Civil Action No. 2:21-cv-369

XAVIER BECERRA
*Secretary of the United States Department of Health and Human Services*

        Defendant

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐  the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendant, Xavier Becerra, and against Plaintiffs, Ascension Providence, Ascension Providence Hospital-Southfield Campus, Ascension Saint John Hospital, Ascension Saint Vincent Evansville, Ascension Saint Vincent Indianapolis West, Ascension Seton Medical Center Austin, Ascension Via Christi St. Francis, Franciscan Health Crown Point, Franciscan Health Hammond, Franciscan Health Indianapolis, Franciscan Health Lafayette East, Franciscan Health Michigan City, Franciscan Health Olympia Fields Campus and AFFIRMS the PRRB's conclusion that 42 U.S.C. § 1395 ww(r)(3) bars administrative review of the Hospitals' challenge.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Joseph S. Van Bokkelen on Motion for Summary Judgment.

DATE:  02/16/2023          CHANDA J. BERTA, ACTING CLERK OF COURT

                    by     s/J. Barboza
                          *Signature of Clerk or Deputy Clerk*